United States Courts
Southern District of Texas
FILED

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

*February 03, 2026*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| v. | Case No.      **4:26-cr-057** |
| **LANCE PRUITT** | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about July 19, 2025, in the Southern District of Texas, the Defendant

**LANCE PRUITT,**

defendant herein, did knowingly escape from a United States Bureau of Prisons Residential Reentry Center wherein he was held by virtue of his conviction for a felony offense, to wit, Title 21, United States Code, Sections 841(a)(1) and (841(b)(1)(A), in United States v. LANCE PRUITT, case number 2:23-cr-504, all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

Original Signature on File

———————————————
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
United States Attorney

*Amanda R. Alum*
AMANDA R. ALUM
Assistant United States Attorney
Southern District of Texas
(713) 567-9000